# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D17-2275

————————————————

ICHETUCKNEE ALLIANCE, INC.,

Appellant,

v.

SUWANNEE RIVER WATER
MANAGEMENT DISTRICT,

Appellee.

————————————————

On appeal from Suwannee River Water Management District.

April 23, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, ROWE, and JAY, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

John Ross Thomas of the Law Office of John R. Thomas, P.A., St. Petersburg, for Appellant.

Mark A. Emanuele and Sheryl S. Natelson of Lydecker Diaz, Miami, for Appellee.